# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALICIA LONG,** | Case No. 2:19-cv-02377-JDW |
| *Plaintiff* | |
| v. | |
| **MERAKEY WOODHAVEN,** | |
| *Defendant* | |

## ORDER

**AND NOW**, this 10th day of January, 2020, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear his or its own costs and attorneys' fees.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.